IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Center for Special Needs Trust Administration, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Carol Olson, in her official capacity as Executive Director of the North Dakota Department of Human Services, <br><br> Defendants. <br>_____ <br><br> State of North Dakota ex rel. Carol K. Olson, Executive Director, North Dakota Department of Human Services, <br><br> Plaintiff, <br><br> vs. <br><br> The Center for Special Needs Trust Administration, Inc., and Damian J. Huettl, <br><br> Defendants. | Case No. 1:09-cv-072 <br><br><br><br> **ORDER FOR SETTLEMENT CONFERENCE** <br><br><br><br><br><br> Case No.: 1:09-cv-077 |

_____

The court conducted a status conference with the parties on October 14, 2010. Pursuant to its discussion with the parties, the court shall conduct a telephonic settlement conference in the above-entitled actions on November 4, 2010, beginning at 9:00 a.m. CDT. The court shall initiate the conference call. Prior to the conference the parties should provide the court with telephone numbers at which they can be reached.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge